02-12-320-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00320-CR


 
 
 Curtis Lee Sheppard, Jr.
 
 
  
 
 
 APPELLANT
 
 
 
 
 V.
 
 
 
 
 The
 State of Texas
 
 
  
 
 
 STATE
 
 


----------

FROM THE 78th
District Court OF Wichita COUNTY

----------

MEMORANDUM
OPINION[1]

----------

On
July 18, 2012, Curtis Lee Sheppard, Jr. filed a notice of appeal from a postconviction
order denying injunctive relief.  On July 27, 2012, this court advised Sheppard
that it was concerned it lacked jurisdiction over this appeal and invited Sheppard
or any party desiring to continue the appeal to file a response showing grounds
for continuing the appeal by August 6, 2012.  Sheppard has filed a letter in
response but it pertains to another appeal that Sheppard has pending from
another trial court case; it shows no grounds for continuing this appeal.  Accordingly,
we dismiss this appeal for want of jurisdiction. See Tex. R. App. P.
42.3(a), 43.2(f).  See McKown v. State, 915 S.W.2d 160, 161 (Tex.
App.––Fort Worth 1996, no pet.).

 

 

PER CURIAM



PANEL: 
GABRIEL, J.; LIVINGSTON,
C.J.; and DAUPHINOT, J.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  September 20,
2012








 



 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-12-00320-CR

 

 


 
 
 Curtis
 Lee Sheppard, Jr.
  
  
  
 v.
  
  
  
 The
 State of Texas
 
 
 §
  
 §
  
 §
  
 §
  
 §
 
 
 From the 78th District Court
  
 of
 Wichita County (48,429-B)
  
 September
 20, 2012
  
 Per
 Curiam
  
 (nfp)
 
 


 

JUDGMENT

          This
court has considered the record on appeal in this case and holds that the
appeal should be dismissed.  It is ordered that the appeal is dismissed for
want of jurisdiction.

 

SECOND DISTRICT COURT OF APPEALS 

 

 

PER CURIAM








 

 









[1]See Tex. R. App. P. 47.4.